# THE HARMAN FIRM, LLP
Attorneys & Counselors At Law
www.theharmanfirm.com

Edgar M. Rivera
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: erivera@theharmanfirm.com

December 3, 2019

**MEMO ENDORSED**

VIA ECF

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St. #1040
New York, NY 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/4/19

Re:   *Cooper v. City of New York et al.*, 19 CV 02609

Dear Judge Cote:

We represent Plaintiff Jamillah Cooper in the above-referenced action against Defendants City of New York *et al*. We write to respectfully request that the initial conference presently scheduled for December 6, 2019, be adjourned.

We seek an adjournment because (1) Plaintiff's principal trial counsel, Edgar M. Rivera, Esq., has an appearance at the same time before Judge Brian M. Cogan in *Tenenbaum v. Ohel Children's Home and Family Services*, 19 CV 04014 in the U.S. Court for the Eastern District of New York, and (2) the parties are still in a mediation posture and actively trying to resolve the case—Plaintiff is presently collecting documents to produce to Defendants' counsel supporting the allegations of damages. If the parties can resolve the matter, the need for an initial conference will be moot.

This is the first request to adjourn the initial conference. This adjournment does not impact any future dates. Defendants' counsel consents to the adjournment.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

*/s/ Edgar Rivera*

Edgar M. Rivera

cc:   All Counsel of Record (via ECF)

*The conference is adjourned to December 13 at 3:00 pm.*

*/s/ Denise Cote*
*12/4/19*