# THE HARMAN FIRM, LLP

Attorneys & Counselors At Law
www.theharmanfirm.com

Edgar M. Rivera
381 Park Avenue South, Suite 1220
New York, New York 10016
T: 212.425.2600 F: 212.202.3926
E: erivera@theharmanfirm.com

December 11, 2019    **ENDORSED**

**VIA ECF**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/12/2019

Hon. Denise L. Cote
United States District Judge
Southern District of New York
500 Pearl St. #1040
New York, NY 10007

Re:   *Cooper v. City of New York et al.,* 19 CV 02609

Dear Judge Cote:

We represent Plaintiff Jamillah Cooper in the above-referenced action against Defendants City of New York *et al.* We write to respectfully request that the initial conference presently scheduled for December 13, 2019, be adjourned *sine die.*

We seek an adjournment because Plaintiff's current principal trial counsel, Edgar M. Rivera, Esq., will be out of state from today until December 15, 2019, and, therefore, unable to attend the conference. Also, Plaintiff's counsel will be filing a motion to withdraw as Ms. Cooper's counsel or filing a substitution of counsel forthwith. Ms. Cooper consents to the motion. For both reasons, we respectfully request that the Court adjourn this conference *sine die.*

This is the second request to adjourn the initial conference. This adjournment does not impact any future dates. Defendants' counsel consents to the adjournment and takes no position on Plaintiff's counsel's upcoming motion to withdraw.

Thank you for Your Honor's time and attention to this matter.

Respectfully submitted,

Edgar M. Rivera

cc:   All Counsel of Record (via ECF)

*Conference is adjourned to Dec. 20 at 11:00 am.*

*Denise Cote*
*12/12/19*