UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
JAMILLAH COOPER,                        :
                                        :
                      Plaintiff,        :       19cv2609 (DLC)
                                        :
            -v-                         :          ORDER
                                        :
THE CITY OF NEW YORK and POLICE OFFICER :
JESSICA RIVERA (SHIELD 29757),          :
                                        :
                      Defendants.       :
                                        :
                                        :
----------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/23/2020

DENISE COTE, District Judge:

On **December 18, 2019,** the Harmon Law Firm, LLP's ("Harmon")
application to withdraw from the case was granted.  It was
further ordered that any new counsel for plaintiff file a Notice
of Appearance by **January 17, 2020**.  It was further ordered that
if plaintiff did not obtain new counsel, plaintiff was to
complete a Notice of Appearance form and mail the form to
defendants' counsel and the Southern District of New York Pro Se
Office.  Plaintiff was advised that failure to submit a Notice
of Appearance and proof of service by **January 17** may result in
the dismissal of the case for failure to prosecute.

As of the date of this Order, neither new counsel nor
plaintiff have filed a Notice of Appearance.

Accordingly, it is hereby

ORDERED that the above captioned case is dismissed.

IT IS FURTHER ORDERED that the Initial Pretrial Conference scheduled for **January 24, 2020** is cancelled.

IT IS FURTHER ORDERED that Harmon shall serve a copy of this Order on the plaintiff and file proof of service on the public docket by **January 24, 2020.**

IT IS FURTHER ORDERED that should plaintiff wish to reinstate this action, she must make an application to do so by **February 14, 2020.**

SO ORDERED:

Dated:    New York, New York
          January 23, 2020

                                  _____
                                  DENISE COTE
                         United States District Judge