```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMILLAH COOPER,                         :       19cv2609 (DLC)
                                         :
                    Plaintiff,           :            ORDER
         -v-                             :
                                         :
THE CITY OF NEW YORK and POLICE          :
OFFICER JESSICA RIVERA (SHIELD 29757),   :
                                         :
                    Defendants.          :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

This action was filed on March 26, 2019. Pursuant to Local Civil Rule 83.10 the case was referred to court-annexed mediation, which did not resolve the action. On December 11, the initial pretrial conference was adjourned to December 20.

An Order of December 18, 2019 granted Harmon Law Firm, LLP's motion to withdraw as counsel for plaintiff. It was further ordered that either plaintiff's new counsel or plaintiff proceeding pro se file a Notice of Appearance by January 17, 2020. The December 18 Order further adjourned the initial pretrial conference to January 24, 2020.

On January 23, 2020, the above captioned case was closed after neither counsel nor plaintiff filed a Notice of Appearance. The January 23 Order canceled the January 24 initial conference. It was further ordered that should plaintiff wish to reinstate the case, she make such application

to the Court by February 14.  On January 24, plaintiff filed a Notice of Pro Se Appearance and requested that her case be reinstated.

An Order dated January 29 reinstated the action and directed plaintiff to serve Defendant Officer Jessica Rivera ("Rivera") and file proof of service by March 20, 2020.  It was further ordered that Defendant the City of New York should provide plaintiff with a suitable address for service on Rivera.  The January 29 Order further ordered the Clerk of the Court to provide plaintiff with forms and instructions to effect service.  Plaintiff was advised that failure to serve Rivera and file proof of service could result in the dismissal of the claims against Rivera.  The January 29 Order also included information about resources available to pro se litigants.  Finally, the January 29 Order scheduled an initial pretrial conference for April 24, 2020.

On January 30, 2020, the Clerk of the Court issued a summons as to Rivera and mailed a copy of such summons and the January 29 Order to plaintiff.  On February 6, the City of New York provided plaintiff with a suitable service address for Rivera.  On February 11, the Clerk of the Court mailed plaintiff a copy of the January 29 Order, instructions for service, and information about other resources for pro se litigants.

As of the date of this Order, no proof of service has been filed for Rivera and the plaintiff has not requested an extension of the March 20 service date.  Accordingly, it is hereby

ORDERED that defendants shall advise the Court by letter whether plaintiff has served defendant Rivera by **April 8, 2020.**

IT IS FURTHER ORDERED that a pretrial conference will be held telephonically on **April 24, 2020 at 12:00 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall provide counsel for the counsel for the defendants by **April 10, 2020** with the telephone number at which she can be reached on April 24 at 12:00 p.m.

IT IS FURTHER ORDERED that counsel for the defendants shall call the plaintiff on April 24 and arrange for all parties to be on the line at 12:00 p.m.  After all parties are on the line, counsel for the defendants shall use the following dial-in credentials to join the telephone conference:

        Dial-in:     888-363-4749
        Access code:  4324948

IT IS FURTHER ORDERED that the parties shall use a landline if one is available.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of

relief, dismissal of the action, or such other action as may be just in the circumstances.

IT IS FURTHER ORDERED that the defendant City of New York shall serve this Order on the plaintiff and file proof of service by **April 8, 2020.**

SO ORDERED:

Dated:    New York, New York
          April 1, 2020

                                    _____
                                              DENISE COTE
                                     United States District Judge