```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------- X
                                         :
JAMILLAH COOPER,                         :       19cv2609 (DLC)
                                         :
                Plaintiff,               :       ORDER
         -v-                             :
                                         :
THE CITY OF NEW YORK and POLICE          :
OFFICER JESSICA RIVERA (SHIELD 29757),   :
                                         :
                Defendants.              :
                                         :
---------------------------------------- X
```

DENISE COTE, District Judge:

An Order of April 1, 2020 directed defendants to advise the Court by April 8, 2020 whether plaintiff, proceeding pro se had effected service on defendant Rivera ("Rivera"). It was further ordered that the April 24, 2020 initial pretrial conference would be held telephonically, and provided the parties instructions to access the telephonic conference.

On April 8, 2020, the defendants submitted a letter representing, on information and belief, that plaintiff delivered the Summons and Complaint to the service address provided for Rivera. Because plaintiff did not file proof of service, however, the defendants were unable to ascertain when service was effective on Rivera. In the April 8 Letter, defendants requested an extension of time for Rivera to answer or respond to the Complaint until April 22, 2020. Furthermore, the defendants requested that discovery be stayed for 90 days

due to the ongoing COVID-19 public health crisis.  Accordingly, it is hereby

ORDERED that defendants' requested extension of time for Rivera to answer or otherwise respond to the Complaint is granted.

IT IS FURTHER ORDERED that the parties are again advised that a pretrial conference will be held telephonically on **April 24, 2020 at 12:00 p.m.**

IT IS FURTHER ORDERED that the plaintiff shall provide counsel for the defendants by **April 17, 2020** with the telephone number at which she can be reached on April 24 at 12:00 p.m.

IT IS FURTHER ORDERED that counsel for the defendants shall call the plaintiff on April 24 and arrange for all parties to be on the line at 12:00 p.m.  After all parties are on the line, counsel for the defendants shall use the following dial-in credentials to join the telephone conference:

>     Dial-in:         888-363-4749
>     Access code:     4324948

IT IS FURTHER ORDERED that the parties shall use a landline

if one is available.

IT IS FURTHER ORDERED that defendants' request for a stay of discovery will be addressed at the April 24 telephonic conference.

IT IS FURTHER ORDERED that failure to comply with any of the terms of this Order may constitute grounds for the denial of relief, dismissal of the action, or such other action as may be just in the circumstances.

IT IS FURTHER ORDERED that defendants shall promptly serve on plaintiff a copy of this order via email.

SO ORDERED:

Dated: New York, New York
April 10, 2020

_____
DENISE COTE
United States District Judge